# Exhibit "1"

Filing # 107011005 E-Filed 05/04/2020 12:38:56 PM

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA
## CIVIL DIVISION

JADA MURRAY, an individual,

    Plaintiff,

UCN:_____

vs.

REF:_____

CBRE, INC., a foreign profit corporation

    Defendant.

_____/

## COMPLAINT

Plaintiff, JADA MURRAY, an individual, (hereinafter "Plaintiff"), sues Defendant, CBRE, INC., (hereinafter "CBRE") a foreign profit corporation, and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages which exceed $30,000.00 over which this Court has jurisdiction.

2. At all times material hereto, Plaintiff, Jada Murray, was and is an individual who resides in Pinellas County, Florida.

3. At all times material hereto, Defendant, CBRE, INC., a foreign profit company, upon information and belief, is a property management company with its principal place of business in California.

4. At all times material hereto, Defendant, CBRE, INC is operating in Pinellas County, Florida as the management company of a Regions Bank located at 7800 113th Street North, Seminole, FL 33772.

5. Upon information and belief, CBRE maintains the Regions Bank location and provides services for the handling of maintenance and repair issues.

6. Venue is proper in Pinellas County, Florida, the location where action accrued.

7. All conditions precedent to the filing of this action have been performed, have otherwise occurred, or have been waived.

## COUNT I - NEGLIGENCE

8. Plaintiff realleges paragraphs one through seven, above, as if fully stated herein.

9. Upon information and belief, CBRE was hired by Regions Bank to maintain the premises and provide services for maintenance and repair issues.

10. Plaintiff worked at a Regions Bank located at 7800 113th St., North Seminole, FL 33772 where she was employed at times relevant hereto as a Branch Manager and where CBRE provided management services.

11. In the years prior to the accident, Plaintiff notified CBRE representatives "Del" and "Johnny" during their periodic walk throughs that the protective covering for the door locking mechanism paddle was missing, was dangerous, and needed correcting.

12. On or about October 23, 2018, Plaintiff was working at Regions Bank located at 7800 113th St., North Seminole, FL 33772.

13. On or about that date, Jada Murray was attempting to open the door missing the protective covering in Regions Bank when her fingers and ring got caught in the door locking mechanism paddle due to the missing cover.

14. As a result, Jada Murray suffered injuries including a large laceration around her finger at its base, surrounding her entire finger and de-gloving all of the skin and muscle off of her finger bone.

15. CBRE owed Plaintiff a duty to exercise reasonable and ordinary care in the maintenance and servicing of repair issues and to maintain a safe work environment for Regions Bank employees.

16. CBRE knew or should have known of the risk posed by a missing or broken protective covering for the door locking mechanism paddle.

17. CBRE breached that duty by failing to fix a protective cover of the door locking mechanism paddle at Regions Bank and by further failing to correct the dangerous condition when it was brought to their attention.

18. CBRE also breached that duty by failed to provide any signage or warning of a dangerous condition created by the missing protective covering and by further failing to provide signage or warnings of the dangerous condition when it was brought to their attention by Plaintiff.

19. As a direct and proximate cause of the negligence of Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical care and treatment, loss of earnings and loss of the ability to earn money.

20. The losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff prays that judgment be entered in Plaintiff's favor and against Defendant, CBRE, INC., a foreign profit corporation, and that the Court award damages in an amount within the jurisdictional limits of this Court, in a sum in excess of $30,000, plus costs and interest from the date of the incident alleged herein and all other relief that the Court determines to be just and proper.

JONES LAW GROUP

By: _____
ROBERT S. JONES, II, ESQ.
FBN 725196
HEATH C. MURPHY, ESQ
FBN: 85164
5622 Central Avenue
St. Petersburg, Florida 33707
Phone No.: (727) 571-1333
Fax No.:   (727) 573-1321
Primary E-mail: Distribution@JLGtampabay.com
*Attorney for Plaintiff*