UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JADA MURRAY,

    Plaintiff,

v.                                        Case No: 8:20-cv-1760-TPB-JSS

CBRE, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Compel Better Responses to Discovery Requests ("Motion to Compel") (Dkt. 30), Plaintiff's Supplement to the Motion to Compel (Dkt. 33), Defendant's Response in Opposition to the Motion to Compel (Dkt. 41), Plaintiff's Motion to Compel Discovery from Non-Party Regions Bank (Dkt. 42), and the Response in Opposition from Non-Party Regions Bank (Dkt. 46) (collectively, "Motions"). The Court held a hearing on the Motions on October 13, 2021. Upon consideration and for the reasons stated during the hearing, it is **ORDERED**:

1. Plaintiff's Motion to Compel (Dkt. 30) is **GRANTED in part** and **DENIED** in part as set forth herein.

2. To the extent the parties resolved portions of the Motion to Compel, Request for Production Nos. 2 and 5 as set forth in Plaintiff's Supplement to the

Motion to Compel (Dkt. 33) and during the hearing, the Motion to Compel is denied as moot.

3. With respect to Request for Production No. 1, the Motion to Compel is denied. The parties shall meet and confer further in an attempt to resolve this issue. *See* M.D. Fla. Local R. 3.01(g).

4. With respect to Request for Production No. 7, Defendant shall produce disciplinary records or reprimands of Dalibor "Del" Ruzic and Jonny Richards from 2016 to the present. Further, Defendant shall produce documents in the employees' personnel files relating to door paddles and locking mechanisms from 2016 to the present. *See* Fed. R. Civ. P. 26(b)(1) ("Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case.").

5. With respect to Request for Production No. 8, Defendant shall produce nonprivileged documents relied upon in preparing responses to Plaintiff's First Set of Interrogatories.

6. Plaintiff's Motion to Compel Discovery from Non-Party Regions Bank (Dkt. 42) is **DENIED** as premature and for failure to confer in advance of filing the motion as required by Local Rule 3.01(g). Plaintiff is further directed to adhere to the requirements of Rule 45 if warranted following compliance with Local Rule 3.01(g).

**DONE** and **ORDERED** in Tampa, Florida, on October 18, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record